IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| KEVIN B. DUFF, RECEIVER FOR THE ESTATE OF EQUITYBUILD INC., *et al.*, <br> Plaintiff, <br> v. <br><br> TYLER W. DEROO, <br> Defendant. | Civil Action No. 1:24-cv-01402 <br> The Honorable Manish S. Shah |

## AMENDED FINAL JUDGMENT

WHEREAS, this matter came before the Court on Plaintiff's Motion for Summary Judgment (ECF 21-23, the "Motion");

WHEREAS, Defendant Tyler W. DeRoo received fair and adequate notice of the Motion and an opportunity to respond, but failed to do so; and

WHEREAS, the Court has been fully advised in the premises;

NOW, THEREFORE, it is hereby ORDERED that the Motion is GRANTED and that Judgment be, and hereby is, ENTERED, as amended, in favor of Plaintiff, Kevin B. Duff, as Receiver for the Estate of EquityBuild Inc., *et al.*, whose address is 542 South Dearborn Street, Suite 900, Chicago, Illinois 60605, and against Defendant Tyler W. DeRoo, whose address is 1900 Half Day Road, Bannockburn, Illinois 60015, in the amount of One Hundred Twenty Five Thousand Dollars ($125,000) plus pre-judgment interest at the statutory rate of 5% per annum in accordance with 815 ILCS 205/1, beginning on February 16, 2024 and accruing through June 11, 2024, plus post-judgment interest at the statutory rate of 9% per annum in accordance with 735 ILCS 5/2-1303, beginning on June 11, 2024 and continuing through the date that this judgment is satisfied in full; plus court costs in the amount $405.00 (comprising the filing fee for this action) incurred by the Plaintiff.

Entered:

_____
Manish S. Shah
United States District Court Judge

Date: June 14, 2024